# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEVEN DUHON,

      Plaintiff,

v.                                    Case No:   6:13-cv-1235-Orl-22TBS

ICOVER LLC and SHALOM S. DAHAN,

      Defendants.

## ORDER

### AND REFERRAL FOR SETTLEMENT CONFERENCE

This cause is before the Court on Second Joint Motion for Approval of Settlement (Doc. No. 19) filed on February 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 11, 2014 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Joint Motion for Approval of Settlement is hereby DENIED.

3. This case is hereby REFERRED to the assigned Magistrate Judge for the purpose of conducting a settlement conference.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record