UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEVEN DUHON,**

      **Plaintiff,**

v.                                                                         Case No: 6:13-cv-1235-Orl-22TBS

**ICOVER LLC and SHALOM S. DAHAN,**

      **Defendants.**

## ORDER

This cause is before the Court on the Third Joint Motion to Approve Settlement (Doc. No. 24) filed on March 12, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 14, 2014 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Third Joint Motion to Approve Settlement (Doc. No. 24) is hereby GRANTED.

3. The Settlement Agreement is APPROVED.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties